AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PAUL GOSS <br><br> *Plaintiff(s)* <br> v. <br> CORAL SPRINGS KGB INC <br><br> *Defendant(s)* | Civil Action No. 22-cv-61021-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CORAL SPRINGS KGB, INC.
C/o its registered agent:
KURKIN, ALEX
18851 NE 29TH AVENUE
SUITE 303
AVENTURA, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Feygin, Esq.
JOSHUA FEYGIN, PLLC
1800 E. Hallandale Bch. Blvd. #85293
Hallandale, Florida 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/31/2022

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts